

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| UNITED STATES OF AMERICA, | Case No. CR-15-90-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER ALLOWING FILING OF DOCUMENT UNDER SEAL |
| JOHN WHITEHAWK, III, | |
| Defendant. | |

Upon Defendant's Motion to File Document Under Seal (Doc. 40), and good cause appearing,

IT IS HEREBY ORDERED that the Defendant's evaluation shall be filed under seal. This document is to be viewed only by the Court, Assistant United States Attorney, and defense counsel.

The Clerk of the Court is to notify counsel of the making of this Order.

DATED this 15th day of November, 2016.

Susan P. Watters
SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE

1